# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| THE CONCERNED CITIZENS OF ROSS TOWNSHIP | : | No. 293 WAL 2022 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth |
| | : | Court |
| | : | |
| ROSS TOWNSHIP AND THE CATHOLIC CEMETERIES ASSOCIATION OF THE DIOCESE OF PITTSBURGH, INC. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: THE CATHOLIC CEMETERIES ASSOCIATION OF THE DIOCESE OF PITTSBURGH, INC. | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.